**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

HUGO IVAN PINEDA OLIVAS,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03501-RFB-NJK

**ORDER**

Petitioner Hugo Ivan Pineda Olivas initiated this immigration-habeas proceeding on October 22, 2026, by submitting a *pro se* Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1-1. Since entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order, ECF No. 3, it has come to the Court's attention that Petitioner has an earlier-filed immigration-habeas proceeding that is pending before this Court and is duplicative of this proceeding: Hugo Ivan Pineda Olivas v. Todd Blanche, No. 2:26-CV-03387-RFB-BNW.

Accordingly, **IT IS HEREBY ORDERED** that the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No. 3) is **VACATED,** and this case is **DISMISSED** without prejudice to Petitioner's ability to pursue his claims in his other habeas case: 2:26-CV-03387-RFB-BNW.

The Clerk of the Court is kindly **INSTRCTED** to **CLOSE** this case.

**DATED:** October 27, 2026

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**